# Exhibit A

Our Alchemy, LLC
FTI Consulting, Inc.
Preference Period Transfers

| Trasnfer Date | Payment Type | Transfer Amount | Invoice Number | Invoice Date | Associated Invoice Amount |
|---|---|---|---|---|---|
| 4/22/2016 | Wire | $ 54,204.43 | 7404293 | 2/17/2016 | $ 54,204.43 |